## CONSENT TO JOINT ACTION
### (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))
*LITIGATION AGAINST THE CITY & COUNTY OF HONOLULU*

I, (name)_____, of the City & County of Honolulu, State of Hawai'i, hereby consent to become a party to the litigation to be initiated against the City and County of Honolulu.  The litigation will be filed in the United States District Court for the District of Hawai'i, and will allege that the City and County of Honolulu has not complied with the Fair Labor Standards Act (FLSA) and Hawai'i Revised Statutes Chapter 80.  The lawsuit allegeS that the City & County of Honolulu failed to properly compensate its employees for overtime hours worked and failed to make timely payments to its employees for overtime hours worked.  I am, or was, employed by the City & County of Honolulu Emergency Medical Services Department during some or all of the period from three years prior to the filing of the lawsuit to the date of signing of this consent.  This action has been brought on my behalf and on the behalf of similarly situated employees of the City & County of Honolulu pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)).  Unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: _____

Print Name: _____

Date: _____

EXHIBIT 2