DEPARTMENT OF THE CORPORATION COUNSEL

DONNA Y. L. LEONG         3226-0
Corporation Counsel
ERNEST H. NOMURA         4829-0
Deputy Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii  96813
Telephone No. (808) 768-5120
E-Mail:      enomura@honolulu.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SONYA ADAMS, SONYA ADAMS, JONATHAN ABUAN, KAMERON ACERET, KANANI ADAMS, JASON AGLIAM, TIANA AHUE, LANCE AIMOTO, DAREN AJIFU, ANDREW AKANA, JEAN-THIERRY ALEMAN, MANAHEL AL-HOZAIL, TERESA ALLEN, ANTHONY ALTOMARE, JENNIFER ALTOMARE, KEN T. ANAMA, LINDSEY ANDREWS, CHANTE MARIE ANGUAY, KENNETH ARAI, JOHN ARAKAWA, KURRY ARAKI, KYLE ARNBERGER, JOSEPH AU, FRANCIS S. AURELLANO, DANIEL BACHMAN, GABRIEL BADUA, CRISTINA BAGLIO, JOHNNY BRANDT BAIZE, EDWIN V. BARAYUGA, PAUL Z. BARRAZA, AMADOR JONAH E. BARRIOS, | CIVIL NO.  CV12-00667 BMK STIPULATED FINAL JUDGMENT |

WILLIAM B. BATALON, KANISHA
BELLO, ALEX BERARDO, LINDA
BILLINS, MATTHEW BISE,
ANDREW H. BOND, MICHAEL E.
BOWDERN, JUSTIN BRAID,
KEAVY BRENNAN, EDWARD
CABALLERO, CYRUS CAMP,
FLOYD J. CASTELLANO, ASHLEY
CAZIMERO, SHIRLEY ANN
CAZINHA, MARLON R. CEZAR,
MICHAEL CHAN, ERIC
CHIAVETTA, JEFFREY CHING,
DIANA P. CHUN, JOLENE CHUN,
FRANCES CHUNG,
CHRISTOPHER COLOMA, ROMEL
CORONEL, EMMA CRISTINA A.
CORPUZ, JENNIFER H. COSTA,
CHRISTINA ERIN COULSON,
SARAH COVELL, JADE DAWSON,
DANIEL DEANDA, SHAWNA
DELOS SANTOS, DANIELLE-
JORDAN K.S. DEMELLO, KELLY
DESHA, DARCEL DIZON, DEO
AMOR DOMINGO, JOSEPH M.
DOMINGO, JR., MATTHEW
DOMINGO, CHRISTOPHER
DRAZIC, JOSEPH
DUHAYLONSOD, ADELE
DULDULAO, NEAL CARLO
FAJARDO, KENNETH FARIA,
SUNNY FITZGERALD, WILLIE
FONG, DEVIN FONTANILLA, NIKO
FONTANILLA, RAYMOND
FRANCO, TIMOTHY
FREDRICKSON, SHANNON M.
FUCHIGAMI, MARIO FUENTES,
REECE FUJIKAWA, HOWARD
FUJIMOTO, EDWARD FUJIOKA,

JANSEN FUKUDA, DANE
FURUTANI, JULIA K. C. GABAYLO,
JENNA MARIE GANDY, ANGELA
GARCIA, KEOPELE GOWAN,
LAURIE A.O. GRACE, JANE L.
GREENWOOD, FRANKLIN
GREGORIO, DONALD GREY,
NORMAN T.K. HAHN, TREVOR
HALVERSON, BRIAN HARRISON,
JAMES HARUGUCHI, ASHLEY
HASHIMOTO, KAIPO HAYASHIDA,
ROBERT HAYSLIP, NATASHA
HEE, JEANEEN HELDT, WESLEY
HELM, RUDDY HERNANDEZ,
KELSEY HIGA, KIMBERLY HIGA,
NICHOLAS YOSHIO HIGA, TROY
HIGUCHI, MIKE HIRATA,
CATHERINE M. HO, JACOB HO,
KITMING HO, JONATHAN HONG,
JEFFREY R. HUGHES, THOMAS
SIMMS HUGHES, MALEK HURD,
GUSTAVO HWUNAN, BRANDEN
M. IGE, JEFF JACOBSON, TONYA
C. JOHNSON, DAGAN
JOHNSTON, PATRICIA JONES,
FELIMON JULIANO, JR.,
WAIPUNALANI H. KAHALEPUNA,
LANE KAHANAOI-NICHOLS,
HENRY P. KAHULA, IV, JUDY
KAKAZU, RYAN KALUA,
MITCHELL K.C. KAM, JR.,
BREXSON KAMANO, DENISE
KAMEDA, JOHN KANAULU, JR.,
BRANDEN E. KANESHIRO, JASON
S. KANESHIRO, TED KANESHIRO,
JILLIAN KELEKOMA, TRAVIS
KERWIN, KELLY C. KIHE, YU
SUNG KIM, YVONNE KINERNEY-
AUSTIN, RICH KING, MATTHEW

3

KINOSHITA, SCOTT E. KIRLEY, DOREEN KITAGAWA, ARLENE KOH, ERICKSEN KOHATSU, BENNETT KOJIMA, ANDY KUMAMOTO, LAURA KUMAMOTO, JEFFRY L. KURASHIMA, ALVIN KURIHARA, JON KUROSU, JON KUSANO, JOHNELL LADERA, MAILE LAMBETH, MATTHEW LAMKE, ZAKARIAH K. LANI YOUNG, MARIE LAPLACA, BRETT R. LARONDE, CHAD LAU, KARLY LAU, LAUREN LAU, BELINDA C.W. LEE, CHRISTOPHER ROBIN LEE, DOMINIQUE LEE, JONATHAN J. LEE, STEVEN LEE, LEE L. LENCHANKO, HOPE ANN YOUNGBLOOD LEWIS, WAILUA LIND, TRACIE K.Y. LOCK, JASON P. LOPEZ, CRISTA LOVE, CHRISTINE LUAN, JUAN M.R. LUJAN, ERIC LUM, PAMELA LUM, JOHN LYDEN, CHRISTOPHER MANSITO, GEORGE K. MANUEL, MATEO FRANCISCO MARIANO, JARETT MARTIN, ANGELA MARUMOTO, ANGELA MASUDA, TED MASUDA, ALLYN MATSUDA, JUSTIN MATSUDA, JUSTIN MATSUDO, KRYSTL MATSUNAGA, KILI MATSUSHIMA, IAN S. MCCAULLEY, SARAH MCDONALD, THERESA MCGREGOR, MOLLY MCGUIRE, SEAN MCGUIRE, MATTHEW MCMULLIN, LUIS M. MELENDEZ, RICHARD K. MENDONCA, SHALEI MENESES, SHEREE MILLER, KIMBERLY MIYASATO, MARK

MOCHIDA, ERIC MOENNICH,
SHARA MOLINA, SCOTT MONJI,
BERNARDO P. MOREIRA, MARC
MORIGUCHI, JASON MOSES,
JOHN E. MOSLANDER, DAVID
MOWER, CHAD MULLEITNER,
GARY L. MUNIZ, SHERRYANN
MURPHY, JACK NAGAISHI, JOY
NAKAHARA, CORY NAKAYAMA,
KYLAN NASCIMENTO, LANE T.
NATORI, CHRISTOPHER C.
NICHOLS, CHRIS H. NITTA,
NATHAN NONAKA, ADAM D.
OGDEN, DERRICK OKAMOTO,
NED L. ONTAI, ROCHEL ORTIZ,
NICOLE OTA, RYAN PAEKUKUI,
STACEY PALEA, MARK DOMINIC
PALTING, ROBERT PANTOCA,
HUMBERTO PARODI, CHRISTIAN
PERKINS, CHRISTOPHER K.
PIDOT, JENNIE PIGAO, DANIEL
POMERANTZ, KARESE POULOS,
LINDSAY N. PRITCHARD,
GERALD H. RABACAL, SUE
RAUCH, JOEL RAYMOND, JASON
ROBINSON, ANTHONY ROSSI,
GRETCHEN SAILER, WILLIAM
FRANK SAINS, JUSTIN
SANTIAGO, KIMBERLY SANTOS,
DEAN R. SCHILD, ALEXANDER C.
SCHMALENSEE, KA'OHUOKA'ALA
SETO, BRENT SHIMABUKURO,
DARCY SHIMIZU, MELINDA
SHIRAKI, ESTEE (OKAMURA)
SHIZURU, ANTHONY SIMPSON,
BRENDAN SMITH, KEA SMITH,
NAOMI L. SMITH, KALEOLANI
SOUZA, BRYAN STAUBITSER,
MIKEN STAUBITSER, KEVIN M.

STINSON, JAKE STYNER,
SHINNOSUKE SUGA, AKOI
SUGIYAMA, CHESTER
SUKEKANE, ZACHARY L. SUNIGA,
PAUL TAGARIELLO, EUGENE
TAKAHASHI, JORDON
TAKAKURA-PUHA, DON TAKARA,
KRYSTLE TAKARA, LEIGHTON
TAKARA, BEN TAKEMURA,
SHAUN K. TAKESHITA, CHAS
TAKETA, CHADWICK TAM, DEVIN
TAM, JEFFREY H. TAMAYE,
MARITES TAMAYO, ALLAN
TAMBIO, KELL Y. TANABE, JR.,
JARED TANOUYE, JACK
TAUSEND, ISAAC TEJADA,
EDWARD K. THOMPSON, IV,
MICHAEL THOMPSON, RACHAEL
TOMAS-QUINSAAT, KAY
TOMASA, LANDON TOSHI,
ANDREW K. TREJO, DAWNE
TSUHA, MATTHEW TSUNEDA,
ALISA A. TUI, K.A. PUANANI
TUULIMA, KEVIN K. TWOMEY,
RYAN UMENO, DANIEL UNO,
SHELDON UYETAKE, EPELI
VAKALALABURE, CHRISTIAN
VELASCO, LEE VIERRA, ERIC
WATANABE, JULIE WATANUKI,
JILLIAN WENDERLICH, BARRY
WILDERN, JEFFREY WILKINSON,
RODNEY WILLIAMS, RONALD M.
WOLF, II, GREGORY WONG,
SHARI WONG, RONALD N.
YAMADA, EVAN K. YAMAGISHI,
SPENCER YAMAMOTO, KAZUO
YAMAUCHI, DERRICK T.T.
YONEZAWA, STACY YOSHIKAWA,
ALAN W.L. YOUNG, JULIE M.

YOUNG, EMILY L. ZUCKERNICK
and JANE DOES AND JOHN DOES
1-250,

        Plaintiffs,

    vs.

CITY AND COUNTY OF
HONOLULU,

        Defendant.

## STIPULATED FINAL JUDGMENT

PLAINTIFFS SONYA ADAMS, SONYA ADAMS, JONATHAN
ABUAN, KAMERON ACERET, KANANI ADAMS, JASON AGLIAM, TIANA
AHUE, LANCE AIMOTO, DAREN AJIFU, ANDREW AKANA, JEAN-
THIERRY ALEMAN, MANAHEL AL-HOZAIL, TERESA ALLEN, ANTHONY
ALTOMARE, JENNIFER ALTOMARE, KEN T. ANAMA, LINDSEY
ANDREWS, CHANTE MARIE ANGUAY, KENNETH ARAI, JOHN
ARAKAWA, KURRY ARAKI, KYLE ARNBERGER, JOSEPH AU, FRANCIS
S. AURELLANO, DANIEL BACHMAN, GABRIEL BADUA, CRISTINA
BAGLIO, JOHNNY BRANDT BAIZE, EDWIN V. BARAYUGA, PAUL Z.
BARRAZA, AMADOR JONAH E. BARRIOS, WILLIAM B. BATALON,
KANISHA BELLO, ALEX BERARDO, LINDA BILLINS, MATTHEW BISE,
ANDREW H. BOND, MICHAEL E. BOWDERN, JUSTIN BRAID, KEAVY

7

BRENNAN, EDWARD CABALLERO, CYRUS CAMP, FLOYD J.
CASTELLANO, ASHLEY CAZIMERO, SHIRLEY ANN CAZINHA, MARLON
R. CEZAR, MICHAEL CHAN, ERIC CHIAVETTA, JEFFREY CHING,
DIANA P. CHUN, JOLENE CHUN, FRANCES CHUNG, CHRISTOPHER
COLOMA, ROMEL CORONEL, EMMA CRISTINA A. CORPUZ, JENNIFER
H. COSTA, CHRISTINA ERIN COULSON, SARAH COVELL, JADE
DAWSON, DANIEL DEANDA, SHAWNA DELOS SANTOS, DANIELLE-
JORDAN K.S. DEMELLO, KELLY DESHA, DARCEL DIZON, DEO AMOR
DOMINGO, JOSEPH M. DOMINGO, JR., MATTHEW DOMINGO,
CHRISTOPHER DRAZIC, JOSEPH DUHAYLONSOD, ADELE
DULDULAO, NEAL CARLO FAJARDO, KENNETH FARIA, SUNNY
FITZGERALD, WILLIE FONG, DEVIN FONTANILLA, NIKO FONTANILLA,
RAYMOND FRANCO, TIMOTHY FREDRICKSON, SHANNON M.
FUCHIGAMI, MARIO FUENTES, REECE FUJIKAWA, HOWARD
FUJIMOTO, EDWARD FUJIOKA, JANSEN FUKUDA, DANE FURUTANI,
JULIA K. C. GABAYLO, JENNA MARIE GANDY, ANGELA GARCIA,
KEOPELE GOWAN, LAURIE A.O. GRACE, JANE L. GREENWOOD,
FRANKLIN GREGORIO, DONALD GREY, NORMAN T.K. HAHN,
TREVOR HALVERSON, BRIAN HARRISON, JAMES HARUGUCHI,
ASHLEY HASHIMOTO, KAIPO HAYASHIDA, ROBERT HAYSLIP,

NATASHA HEE, JEANEEN HELDT, WESLEY HELM, RUDDY
HERNANDEZ, KELSEY HIGA, KIMBERLY HIGA, NICHOLAS YOSHIO
HIGA, TROY HIGUCHI, MIKE HIRATA, CATHERINE M. HO, JACOB HO,
KITMING HO, JONATHAN HONG, JEFFREY R. HUGHES, THOMAS
SIMMS HUGHES, MALEK HURD, GUSTAVO HWUNAN, BRANDEN M.
IGE, JEFF JACOBSON, TONYA C. JOHNSON, DAGAN JOHNSTON,
PATRICIA JONES, FELIMON JULIANO, JR., WAIPUNALANI H.
KAHALEPUNA, LANE KAHANAOI-NICHOLS, HENRY P. KAHULA, IV,
JUDY KAKAZU, RYAN KALUA, MITCHELL K.C. KAM, JR., BREXSON
KAMANO, DENISE KAMEDA, JOHN KANAULU, JR., BRANDEN E.
KANESHIRO, JASON S. KANESHIRO, TED KANESHIRO, JILLIAN
KELEKOMA, TRAVIS KERWIN, KELLY C. KIHE, YU SUNG KIM,
YVONNE KINERNEY-AUSTIN, RICH KING, MATTHEW KINOSHITA,
SCOTT E. KIRLEY, DOREEN KITAGAWA, ARLENE KOH, ERICKSEN
KOHATSU, BENNETT KOJIMA, ANDY KUMAMOTO, LAURA
KUMAMOTO, JEFFRY L. KURASHIMA, ALVIN KURIHARA, JON
KUROSU, JON KUSANO, JOHNELL LADERA, MAILE LAMBETH,
MATTHEW LAMKE, ZAKARIAH K. LANI YOUNG, MARIE LAPLACA,
BRETT R. LARONDE, CHAD LAU, KARLY LAU, LAUREN LAU, BELINDA
C.W. LEE, CHRISTOPHER ROBIN LEE, DOMINIQUE LEE, JONATHAN J.

9

LEE, STEVEN LEE, LEE L. LENCHANKO, HOPE ANN YOUNGBLOOD

LEWIS, WAILUA LIND, TRACIE K.Y. LOCK, JASON P. LOPEZ, CRISTA

LOVE, CHRISTINE LUAN, JUAN M.R. LUJAN, ERIC LUM, PAMELA LUM,

JOHN LYDEN, CHRISTOPHER MANSITO, GEORGE K. MANUEL,

MATEO FRANCISCO MARIANO, JARETT MARTIN, ANGELA

MARUMOTO, ANGELA MASUDA, TED MASUDA, ALLYN MATSUDA,

JUSTIN MATSUDA, JUSTIN MATSUDO, KRYSTL MATSUNAGA, KILI

MATSUSHIMA, IAN S. MCCAULLEY, SARAH MCDONALD, THERESA

MCGREGOR, MOLLY MCGUIRE, SEAN MCGUIRE, MATTHEW

MCMULLIN, LUIS M. MELENDEZ, RICHARD K. MENDONCA, SHALEI

MENESES, SHEREE MILLER, KIMBERLY MIYASATO, MARK MOCHIDA,

ERIC MOENNICH, SHARA MOLINA, SCOTT MONJI, BERNARDO P.

MOREIRA, MARC MORIGUCHI, JASON MOSES, JOHN E.

MOSLANDER, DAVID MOWER, CHAD MULLEITNER, GARY L. MUNIZ,

SHERRYANN MURPHY, JACK NAGAISHI, JOY NAKAHARA, CORY

NAKAYAMA, KYLAN NASCIMENTO, LANE T. NATORI, CHRISTOPHER

C. NICHOLS, CHRIS H. NITTA, NATHAN NONAKA, ADAM D. OGDEN,

DERRICK OKAMOTO, NED L. ONTAI, ROCHEL ORTIZ, NICOLE OTA,

RYAN PAEKUKUI, STACEY PALEA, MARK DOMINIC PALTING,

ROBERT PANTOCA, HUMBERTO PARODI, CHRISTIAN PERKINS,

CHRISTOPHER K. PIDOT, JENNIE PIGAO, DANIEL POMERANTZ,

KARESE POULOS, LINDSAY N. PRITCHARD, GERALD H. RABACAL,

SUE RAUCH, JOEL RAYMOND, JASON ROBINSON, ANTHONY ROSSI,

GRETCHEN SAILER, WILLIAM FRANK SAINS, JUSTIN SANTIAGO,

KIMBERLY SANTOS, DEAN R. SCHILD, ALEXANDER C.

SCHMALENSEE, KA'OHUOKA'ALA SETO, BRENT SHIMABUKURO,

DARCY SHIMIZU, MELINDA SHIRAKI, ESTEE (OKAMURA) SHIZURU,

ANTHONY SIMPSON, BRENDAN SMITH, KEA SMITH, NAOMI L. SMITH,

KALEOLANI SOUZA, BRYAN STAUBITSER, MIKEN STAUBITSER,

KEVIN M. STINSON, JAKE STYNER, SHINNOSUKE SUGA, AKOI

SUGIYAMA, CHESTER SUKEKANE, ZACHARY L. SUNIGA, PAUL

TAGARIELLO, EUGENE TAKAHASHI, JORDON TAKAKURA-PUHA, DON

TAKARA, KRYSTLE TAKARA, LEIGHTON TAKARA, BEN TAKEMURA,

SHAUN K. TAKESHITA, CHAS TAKETA, CHADWICK TAM, DEVIN TAM,

JEFFREY H. TAMAYE, MARITES TAMAYO, ALLAN TAMBIO, KELL Y.

TANABE, JR., JARED TANOUYE, JACK TAUSEND, ISAAC TEJADA,

EDWARD K. THOMPSON, IV, MICHAEL THOMPSON, RACHAEL

TOMAS-QUINSAAT, KAY TOMASA, LANDON TOSHI, ANDREW K.

TREJO, DAWNE TSUHA, MATTHEW TSUNEDA, ALISA A. TUI, K.A.

PUANANI TUULIMA, KEVIN K. TWOMEY, RYAN UMENO, DANIEL UNO,

SHELDON UYETAKE, EPELI VAKALALABURE, CHRISTIAN VELASCO, LEE VIERRA, ERIC WATANABE, JULIE WATANUKI, JILLIAN WENDERLICH, BARRY WILDERN, JEFFREY WILKINSON, RODNEY WILLIAMS, RONALD M. WOLF, II, GREGORY WONG, SHARI WONG, RONALD N. YAMADA, EVAN K. YAMAGISHI, SPENCER YAMAMOTO, KAZUO YAMAUCHI, DERRICK T.T. YONEZAWA, STACY YOSHIKAWA, ALAN W.L. YOUNG, JULIE M. YOUNG, EMILY L. ZUCKERNICK ("Plaintiffs"), by their attorney, Carl M. Varady, and Defendant City and County of Honolulu ("City"), by its attorneys, the Department of the Corporation Counsel, Donna Y. L. Leong, Corporation Counsel, and Ernest H. Nomura, Deputy Corporation Counsel, hereby stipulate to the entry of a final judgment pursuant to Fed. R. Civ. P. 54 and 58, and in conformity with the Report and Recommendations of Special Master Pursuant to Fed. R. Civ. P. 53 and L.R. 53.3 and Order, entered on July 10, 2017, CM/ECF Doc. No. 106;  Amended  Exhibit 3 to Report and Recommendations of Special Master Fed. R. Civ. P. 53 and L.R. 53.3, and Order, filed under seal, August 15, 2017, CM/ECF Doc. No. 113; and, Order Granting In Part Plaintiff's Motion For  Award Of Incentive Payment, September 5, 2017, CM/ECF Doc. No. 114, all incorporated herein by reference.

DATED:  Honolulu, Hawaii, September 28, 2017.

/s/ *Carl M. Varady*

_____

CARL M. VARADY
Attorney for Plaintiffs
SONYA ADAMS, et al.

DONNA Y. L. LEONG
Corporation Counsel

/s/ *Ernest H. Nomura*

_____

ERNEST H. NOMURA
Deputy Corporation Counsel

Attorney for Defendant
CITY AND COUNTY OF HONOLULU

SO ORDERED:



Barry M. Kurren
United States Magistrate Judge

13